**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **PROSONIC CORPORATION,** *et al.*, : | |
| : | |
| : | |
| **Plaintiffs,** : | **JUDGE MARBLEY** |
| v. : | **Case No. 07-CV-803** |
| : | **Magistrate Judge Terence P. Kemp** |
| : | |
| **ERIC STAFFORD,** : | |
| : | |
| **Defendant.** : | |

## ORDER

On February 19, 2008, Defendant Eric Stafford moved this Court to stay its February 12, 2008, order granting preliminary injunction pending his appeal to the Sixth Circuit. During a February 26, 2008, status conference on the case, the Court gave Plaintiffs until March 11, 2008, to file any opposition to Defendant's Motion to Stay. Plaintiffs filed their opposition on March 14, 2008. Plaintiffs not only failed to file a timely opposition, but also failed to provide any explanation to the Court.

Accordingly, pursuant to the Court's discretion under Local Civil Rule 7.2(a)(2), Plaintiffs' untimely response is stricken and Defendant's unopposed motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

                                                **s/Algenon L. Marbley**
                                                **ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT**

**Dated: March 25, 2008**