**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **PROSONIC CORPORATION,** *et al.*, : | |
| : | |
| : | |
| **Plaintiffs,** : | **JUDGE MARBLEY** |
| v. : | **Case No. 07-803** |
| : | **Magistrate Judge Terence P. Kemp** |
| : | |
| **ERIC STAFFORD,** : | |
| : | |
| **Defendant.** : | |

## ORDER

On March 26, 2008, Plaintiffs moved this Court to reconsider its March 26, 2008, order striking Plaintiffs' untimely Memorandum in Opposition to Defendant's Motion to Stay the Court's February 21, 2008, Preliminary Injunction Order, and granting Defendant's Motion to Stay. Plaintiffs argue that there was no order from the Court requiring the Memorandum in Opposition to be filed earlier than March 14, 2008. Plaintiffs base this date and argument on the general application of Local Rule 7.2(a)(2) in conjunction with FED. R. CIV. P. (6)(e). However, during a February 26, 2008, status conference the Court explicitly informed two attorneys for the Plaintiffs, on the record, that their Memorandum was due on March 11, 2008. Attorney Ferber, on behalf of Plaintiffs, verbally acknowledged the March 11, 2008, due date. Plaintiffs did not file their Memorandum until March 14, 2008, nor did they object to the Court ordered March 11th date at any point leading up to that date. Further, Plaintiffs fail to cite to any authority supporting

their decision to unilaterally extend a Court ordered filing deadline.  The Court, therefore,

**DENIES** Plaintiffs' Motion for Reconsideration.

      **IT IS SO ORDERED.**


                                               _s/Algenon L. Marbley_
                                          **ALGENON L. MARBLEY**
                                          **UNITED STATES DISTRICT COURT**

**Dated:  April 8, 2008**