## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **PROSONIC CORPORATION,** *et. al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Case No. 07-CV-803 |
| | : | |
| **ERIC STAFFORD,** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | **Magistrate Judge Kemp** |
| **Defendant.** | : | |

## ORDER

Plaintiffs Prosonic Corporation and Boart Longyear Limited and Defendant Eric Stafford jointly move for a two-week stay of this litigation to allow them to conclude settlement negotiations. The parties' joint motion to stay is hereby **GRANTED**. The parties shall file a joint report with the Court, not to exceed five pages, no later than July 22, 2008, apprising the Court as to whether their settlement negotiations have been successful and, if not, how they wish to proceed.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  July 9, 2008**